**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL SHIELDS, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   vs.<br><br>MONDELEZ GLOBAL LLC,<br><br>              Defendant. | CASE NO. 1:23-CV-03999 |

## NOTICE OF MOTION

Please take notice that on August 1, 2023, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Jorge L. Alonso in Courtroom 1903 in the United States Courthouse, 219 South Dearborn, Chicago, Illinois, or before such other judge who may be sitting in his place, and present the attached *Non-Party Eric D. Flores' Motion to Intervene to Object to Non-Party Bryan Cave Leighton Paisner LLP's Motion for Leave to Request Reassignment and Joint Motion to Consolidate Instanter* at which time and place you may appear if you see fit.

                                            Plaintiff ERIC D. FLORES,

                                            By: */s/ Thomas A. Zimmerman, Jr.*
                                                Thomas A. Zimmerman, Jr.
                                                *tom@attorneyzim.com*
                                                Sharon A. Harris
                                                *sharon@attorneyzim.com*
                                                Matthew C. De Re
                                                *matt@attorneyzim.com*
                                                Jeffrey D. Blake
                                                *jeff@attorneyzim.com*
                                                **ZIMMERMAN LAW OFFICES, P.C.**
                                                77 W. Washington Street, Suite 1220
                                                Chicago, Illinois 60602
                                                (312) 440-0020 telephone
                                                (312) 440-4180 facsimile

                William B. Federman
(*pro hac vice application pending*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK  73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
*wbf@federmanlaw.com*