# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Shields, et al.

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−03999
                                                             Honorable Jorge L. Alonso

Mondelez Global LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: The parties' Joint Motion to stay case deadlines pending mediation [42] is granted. The previously set filing deadlines are stayed. Motion hearing date of 6/18/24 and status hearing date of 7/17/24 are stricken. The parties are directed to file a joint status report by 7/26/24 updating the Court regarding the results of mediation and settlement proceedings. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.