UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MONDELĒZ DATA BREACH LITIGATION | Hon. Jorge L. Alonso<br>Master File No. 1:23-cv-03999 |
| IN RE: BRYAN CAVE LEIGHTON PAISNER, LLP DATA BREACH LITIGATION | Master File No. 1:23-CV-04249 |

**JOINT STATUS REPORT**

Pursuant to this Court's June 17, 2024 Docket Entry (Doc. No. 47 in *In re: Bryan Cave Leighton Paisner, LLP Data Breach Litigation*, Master File No. 1:23-cv-04249; Doc. No. 44 in *In re: Mondelēz Data Breach Litigation*, Master File No. 1:23-cv-03999), plaintiffs Eric Flores and Rock Meyer (the "BCLP Plaintiffs"), together with defendant Bryan Cave Leighton Paisner LLP ("BCLP"), as well as plaintiffs Michael Shields, Daniel Berndt, Augustyn Wiacek, Diedra Clay, and Julio Perez (the "Mondelēz Plaintiffs"), together with defendant Mondelēz Global LLC ("Mondelēz") (collectively, the "Parties"), submit this Joint Status Report and state:

1. The Parties engaged in a global, in-person mediation in Chicago on July 15, 2024.

2. As a result of mediation, the Parties reached a settlement in principle.

3. Accordingly, the Parties jointly request that this Court continue to stay the above captioned cases while a full settlement agreement can be negotiated and finalized. Specifically, the Parties jointly request that the Court permit the Plaintiffs to file a motion for preliminary approval of class settlement on or before September 9, 2024, and to otherwise keep the current stay in place.

4. The Parties also request that the Court consolidate the *In re: Bryan Cave* and *In re: Mondelez* actions under the earlier-filed case number, Master File No. 1:23-cv-03999, for purposes of settlement.

5. A proposed order requesting the same is attached hereto.

Dated: July 26, 2024                                                                 Respectfully Submitted,

| | |
|---|---|
| */s/ William B. Federman* | */s/ Dante A. Marinucci* |
| William B. Federman | Daniel R. Warren |
| **Federman & Sherwood** | Dante A. Marinucci |
| 10205 N. Pennsylvania Avenue | **Baker & Hostetler LLP** |
| Oklahoma City, OK 73120 | 127 Public Square, Suite 2000 |
| 405.235.1560 | Cleveland, OH 44114 |
| wbf@federmanlaw.com | 216.861.7145 |
| | dwarren@bakerlaw.com |
| *Interim Lead Counsel for the BCLP Plaintiffs* | dmarinucci@bakerlaw.com |
| | David Michael Friebus |
| */s/ Gary M. Klinger* | **Baker & Hostetler LLP** |
| Gary M. Klinger | One N. Wacker Drive, Suite 4500 |
| **Milberg Coleman Bryson Phillips Grossman, PLLC** | Chicago, IL 60606-2841 |
| 227 W. Monroe Street, Suite 2100 | 312.416.6234 |
| Chicago, IL 60606 | dfriebus@bakerlaw.com |
| 866.252.0878 | |
| gklinger@milberg.com | *Attorneys for Defendant BCLP* |
| | */s/ Yan Grinblat* |
| A. Brooke Murphy | Yan Grinblat |
| **Murphy Law Firm** | **DLA Piper LLP (US)** |
| 4116 Will Rogers Pkwy, Suite 700 | 444 W. Lake Street, Suite 900 |
| Oklahoma City, OK 73108 | Chicago, Illinois 60606 |
| 405.389.4989 | 312.368.4000 |
| abm@murphylegalfirm.com | yan.grinblat@us.dlapiper.com |
| Raina C. Borrelli | Keara M. Gordon (*pro hac vice*) |
| **Turke & Strauss LLP** | **DLA Piper LLP (US)** |
| Williamson St., Suite 201 | 1251 Avenue of the Americas |
| Madison, WI 53703 | New York, New York 10020 |
| 608.237.1775 | 212.335.4500 |
| raina@turkestrauss.com | keara.gordon@us.dlapiper.com |
| Kevin Laukaitis | *Attorneys for Defendant Mondelēz* |

2

**Laukaitis Law LLC**
954 Avenida Ponce De Leon, Suite 205
San Juan, PR 00907
215.789.4462
klaukaitis@laukaitislaw.com

Daniel Srourian
**Srourian Law Firm, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
(213) 474-3800
daniel@slfla.com

*Counsel for the Mondelēz Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on July 26, 2024. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yan Grinblat*
Yan Grinblat

*Counsel for Defendant*
*Mondelēz Global LLC*