**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MONDELĒZ DATA BREACH LITIGATION | Hon. Jorge L. Alonso<br>Master File No. 1:23-cv-03999 |
| IN RE: BRYAN CAVE LEIGHTON PAISNER, LLP DATA BREACH LITIGATION | Master File No. 1:23-CV-04249 |

**ORDER**

Having considered the Parties' Joint Status Report filed July 26, 2024, **THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:**

1. The above-captioned cases and all deadlines therein will remain stayed while the Parties negotiate a full settlement.

2. For purposes of settlement, the matters of *In re: Bryan Cave Leighton Paisner, LLP Data Breach Litigation*, Master File No. 1:23-cv-04249, and *In re: Mondelēz Data Breach Litigation*, Master File No. 1:23-cv-03999, are hereby consolidated under Master File No. 1:23-cv-03999.

3. On or before September 9, 2024, Plaintiffs shall file a motion for preliminary approval of class settlement.

**IT IS SO ORDERED.**

DATED: July 30, 2024

_____
JORGE L. ALONSO
UNITED STATES DISTRICT JUDGE