UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MONDELĒZ DATA BREACH LITIGATION | Hon. Jorge L. Alonso<br>Master File No. 1:23-cv-03999 |
| IN RE: BRYAN CAVE LEIGHTON PAISNER, LLP DATA BREACH LITIGATION | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiffs Michael Shields, Daniel Berndt, Augustyn Wiacek, Diedra Clay, and Julio Perez (the "Mondelēz Plaintiffs"), together with defendant Mondelēz Global LLC ("Mondelēz"), as well as plaintiffs Eric Flores and Rock Meyer (the "BCLP Plaintiffs"), together with defendant Bryan Cave Leighton Paisner LLP ("BCLP"), by and through their separate undersigned counsel respectfully move the Court for entry of an order extending the deadline for plaintiffs to file a motion for preliminary approval of class settlement to September 30, 2024. In support, the parties jointly state:

1. On July 30, 2024, the Court issued an order staying all case deadlines while the parties negotiate a settlement and instructing Plaintiffs to file a motion for preliminary approval of class settlement on or before September 9, 2024. *In re: Mondelēz*, 23-cv-03999, ECF No. 46; *In re: BCLP*, 23-cv-4249, ECF No. 49.

2. The Parties reached a global settlement in principle following a mediation held on July 15, 2024.

3. The Parties are in the process of finalizing the Settlement Agreement and Motion for Preliminary Approval but require additional time to complete these documents.

4. This is the first request for an extension of time related to filing the Motion for Preliminary Approval.

NOW THEREFORE, the Parties jointly request that the Court enter an order briefly extending the deadline for Plaintiffs to file a motion for preliminary approval of class settlement to September 30, 2024.

DATED: September 9, 2024

Respectfully Submitted,

/s/ Yan Grinblat
Yan Grinblat
DLA Piper LLP (US)
444 W. Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-4000
yan.grinblat@us.dlapiper.com

Keara M. Gordon (*pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
keara.gordon@us.dlapiper.com

*Attorneys for Defendant Mondelēz*

/s/ Daniel R. Warren
Daniel R. Warren
Dante A. Marinucci Baker & Hostetler
Key Center
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 861-7145
dwarren@bakerlaw.com
dmarinucci@bakerlaw.com

/s/ Gary M. Klinger
Gary M. Klinger
Milberg Coleman Bryson
Phillips Grossman, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

A. Brooke Murphy
Murphy Law Firm
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
(405) 389-4989
abm@murphylegalfirm.com

Raina C. Borrelli
Turke & Strauss LLP
Williamson St., Suite 201
Madison, WI 53703
(608) 237-1775
raina@turkestrauss.com

Kevin Laukaitis
Laukaitis Law LLC
954 Avenida Ponce De Leon Suite 205
San Juan, PR 00907
(215) 789-4462
klaukaitis@laukaitislaw.com

2

David Michael Friebus
Baker & Hostetler LLP
One North Wacker Drive
Suite 4500
Chicago, IL 60606-2841
312 416 6234
dfriebus@bakerlaw.com

*Attorneys for Defendant BCLP*

Daniel Srourian
Srourian Law Firm, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
(213) 474-3800
daniel@slfla.com

*Counsel for the Mondelēz Plaintiffs*

/s/ William B. Federman
William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
wbf@federmanlaw.com

*Interim Lead Counsel for the BCLP Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2024, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court by using the CM/ECF system for the U.S. District Court for the Northern District of Illinois, which will send notice of this electronic filing to all parties and counsel of record.

                                                                                   */s/ Gary M. Klinger*
                                                                                     Gary M. Klinger