**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Michael Shields, et al.
                              Plaintiff,

v.                                                                Case No.: 1:23−cv−03999
                                                                      Honorable Jorge L. Alonso

Mondelez Global LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 10, 2024:

        MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. Plaintiff's Unopposed Motion for preliminary approval of class settlement [53] is granted. Enter Preliminary Approval Order. Final approval hearing set for 1/21/2025 at 11:00 a.m. This hearing will be held in person. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.