**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MONDELĒZ DATA BREACH LITIGATION | Master File No. 1:23-cv-03999<br><br>Hon. Jorge L. Alonso |
| IN RE: BRYAN CAVE LEIGHTON PAISNER, LLP DATA BREACH LITIGATION | Master File No. 1:23-cv-04249<br><br>Hon. Jorge L. Alonso |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,**
**COSTS, EXPENSES, AND SERVICE AWARDS**

PLEASE TAKE NOTICE that Plaintiffs Michael Shields, Daniel Berndt, Augustyn Wiacek, Diedra Clay, and Julio Perez (the "Mondelēz Plaintiffs") and Plaintiffs Eric Flores and Rock Meyer (the "BCLP Plaintiffs") (collectively, "Plaintiffs") on behalf of themselves and on behalf of all others similarly situated (the "Class" or "Settlement Class"), upon the accompanying Memorandum of Law in Support Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Awards, the Declaration of William B. Federman in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Awards, and all prior pleadings and proceedings had herein, move this Court for entry of an Order awarding attorneys' fees in the amount of $250,000.00, costs and expenses in the amount of $12,284.08, and Service Awards to the Class Representatives in the amount of $4,000.00 each ($28,000.00 total).

Date: December 30, 2024

Respectfully Submitted,

By: */s/ William B. Federman*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
Email: gklinger@milberg.com

Raina Borrelli
**STRAUSS BORRELLI, PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: 872.263.1100
raina@straussborrelli.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

**CERTIFICATE OF SERIVCE**

I hereby certify that on December 30, 2024, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ William B. Federman*