**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: MONDELĒZ DATA BREACH LITIGATION | Master File No. 1:23-cv-03999 <br><br> Hon. Jorge L. Alonso |
| IN RE: BRYAN CAVE LEIGHTON PAISNER, LLP DATA BREACH LITIGATION | Master File No. 1:23-cv-04249 <br><br> Hon. Jorge L. Alonso |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on January 21, 2025, at 11:00 a.m., or as soon thereafter as the matter may be heard, we shall appear before the Honorable Jorge L. Alonso, in Courtroom 1903, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and present **Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement**, a copy of which is attached hereto and hereby served on you.

Date: January 7, 2025

Respectfully Submitted,

By: */s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878

Email: gklinger@milberg.com

Raina Borrelli
**STRAUSS BORRELLI, PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: 872.263.1100
raina@straussborrelli.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

## CERTIFICATE OF SERIVCE

    I hereby certify that on January 7, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                            */s/ William B. Federman*