UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MONDELĒZ DATA BREACH LITIGATION | Master File No. 1:23-cv-03999 <br> Hon. Jorge L. Alonso |
| IN RE: BRYAN CAVE LEIGHTON PAISNER, LLP DATA BREACH LITIGATION | Master File No. 1:23-cv-04249 <br> Hon. Jorge L. Alonso |

**PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Under Federal Rule of Civil Procedure 23(e), Plaintiffs Michael Shields, Daniel Berndt, Augustyn Wiacek, Deidra Clay, and Julio Perez (the "Mondelēz Plaintiffs") and Plaintiffs Eric Flores and Rock Meyer (the "BCLP Plaintiffs") (collectively, "Plaintiffs"), respectfully move this Court, pursuant to Federal Rule of Civil Procedure 23, for an Order: (i) granting final approval of the proposed Settlement; (ii) certifying the class for purposes of Settlement; and (iii) entering Judgment and dismissing all claims. Plaintiffs consulted with Defendants before filing this Motion and it is unopposed.

This Motion is based on (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and its exhibits (filed concurrently herewith); (ii) all prior pleadings and proceedings had herein; (iii) arguments of counsel; and (iv) any other matters properly before the Court.

For the reasons described in Plaintiffs' Memorandum of Law in support of this Motion, Plaintiffs respectfully request that this Court grant the Motion and enter the proposed Order.

| | |
|---|---|
| Date: January 7, 2025 | Respectfully Submitted, |
| | By: */s/ William B. Federman* |
| | William B. Federman |
| | **FEDERMAN & SHERWOOD** |
| | 10205 N. Pennsylvania Ave. |
| | Oklahoma City, OK 73120 |
| | T: (405) 235-1560 |
| | E: wbf@federmanlaw.com |
| | |
| | Gary M. Klinger |
| | **MILBERG COLEMAN BRYSON** |
| | **PHILLIPS GROSSMAN, PLLC** |
| | 227 W. Monroe Street, Suite 2100 |
| | Chicago, IL 60606 |
| | Tel.: (866) 252-0878 |
| | Email: gklinger@milberg.com |
| | |
| | Raina Borrelli |
| | **STRAUSS BORRELLI, PLLC** |
| | 980 N. Michigan Avenue, Suite 1610 |
| | Chicago, Illinois 60611 |
| | Telephone: 872.263.1100 |
| | raina@straussborrelli.com |
| | |
| | A. Brooke Murphy |
| | **MURPHY LAW FIRM** |
| | 4116 Will Rogers Pkwy, Suite 700 |
| | Oklahoma City, OK 73108 |
| | T: (405) 389-4989 |
| | E: abm@murphylegalfirm.com |

## CERTIFICATE OF SERIVCE

I hereby certify that on January 7, 2025, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ William B. Federman*