# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: MONDELĒZ DATA BREACH LITIGATION**<br><br>This Document Relates To: All Actions | Master File No.: 1:23-cv-03999<br><br>**DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**<br><br>Date: January 21, 2025<br>Time: 11:00 AM CST<br><br>The Hon. Judge Jorge Luis Alonso |

I, Scott M. Fenwick, declare as follows:

### INTRODUCTION

1.      I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, NY 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with final approval of the Settlement.

2.      Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and claims administration services in more than 3,000 cases.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

**BACKGROUND**

3.      Kroll was appointed as the Settlement Administrator to provide notification and Claims administration services in connection with the Settlement Agreement and Release (the "Settlement Agreement") entered into this Action. Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Settlement Class List from BCLP's Counsel, Chicago IVF's Counsel and Mondelēz's Counsel; (c) creating a Settlement Website with online Claim filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Postcard Notice via first-class mail; (g) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (h) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (i) receiving and processing Claim Forms; (j) receiving and processing Requests for Exclusions and objections; and (k) such other tasks as counsel for the Parties or the Court request Kroll to perform.

**NOTICE PROGRAM**

**The CAFA Mailing**

4.      As noted above, on behalf of the Defendants, Kroll provided notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b) ("the CAFA Notice"). At BCLP Counsel's direction, on October 15, 2024, Kroll sent the CAFA Notice identifying the documents required, a true and correct copy of which is attached hereto as **Exhibit A**, via first-class certified mail, to (a) the Attorney General of the United States, (b) the fifty-five (55) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B,** and (c) via email to the Nevada Attorney General. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the documents relating to the Settlement referenced in the CAFA Notice.

**Data and Case Setup**

5.      On October 14, 2024, Kroll received four (4) data files collectively from BCLP's Counsel, Chicago IVF's Counsel and Mondelēz's Counsel, collectively containing 54,670 records. The first file

contained 2,596 first and last names, physical mailing addresses, and source file information for Settlement Class Members. The second file contained 1,000 first and last names, physical mailing addresses, and source file information for Settlement Class Members. The third file contained 51,008 first and last names, physical mailing addresses, and source file information for Settlement Class Members. The fourth file contained sixty-six (66) first and last names, physical mailing addresses, and source file information for Settlement Class Members. Kroll undertook several steps to reconcile the four (4) lists and compile the eventual Settlement Class List for the mailing of Postcard Notices. After cleaning and de-duping the Settlement Class List, Kroll determined there were 48,279 unique records.[2] Additionally, in an effort to ensure that Postcard Notices would be deliverable to Settlement Class Members, Kroll ran the Settlement Class List through the USPS's National Change of Address ("NCOA") database and updated the Settlement Class List with address changes received from the NCOA.

6.     On October 16, 2024, Kroll created a dedicated Settlement Website entitled www.BCMDLZSettlement.com. The Settlement Website "went live" on November 12, 2024, and contains a summary of the Settlement, important dates and deadlines such as the date of the Final Approval Hearing, Objection Deadline, Opt-Out Deadline and Claims Deadline, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Postcard Notice, Long Form Notice, Claim Form, Settlement Agreement, Preliminary Approval Order, Plaintiff's Motion for Preliminary Approval of the Settlement, the Class Action Complaint, toll-free telephone number, and allowed Settlement Class Members an opportunity to file a Claim Form online.

7.     On October 21, 2024, Kroll established a toll-free telephone number, (833) 627-8245, for Settlement Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system. As of January 7, 2025, the IVR system has received 343 calls.

---

[2] Kroll previously reported to Settlement Class Counsel that the de-duped Settlement Class List contained 48,292 unique records. This was inaccurate. This number inadvertently contained an additional 13 test records that are not Settlement Class Members. These test records are used by Kroll to confirm the functionality of the website and database. The correct number is 48,279.

8.  On October 23, 2024, Kroll designated a post office box with the mailing address Settlement Administrator – 83109, c/o Kroll Settlement Administration LLC, PO Box 225391, New York, NY 10150-5391, in order to receive Requests for Exclusion, objections, Claim Forms, and correspondence from Settlement Class Members.

**The Notice Program**

9.  On November 12, 2024, Kroll caused 48,279 Postcard Notices to be mailed via first-class mail. A true and correct copy of the Postcard Notice, along with the Long Form Notice and Claim Form, are attached hereto as **Exhibits C, D, and E,** respectively.

## NOTICE PROGRAM REACH

10.  As of January 7, 2025, 2,830 Postcard Notices were returned by the USPS with a forwarding address. Of those, 2,829 Postcard Notices were automatically re-mailed to the updated addresses provided by the USPS. The remaining one (1) Postcard Notices was re-mailed by Kroll to the updated address provided by the USPS.

11.  As of January 7, 2025, 5,451 Postcard Notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 5,248 undeliverable records through an advanced address search. The advanced address search produced 4,677 updated addresses. Kroll has re-mailed Postcard Notices to the 4,677 updated addresses obtained from the advance address search. Kroll will continue to run advanced address searches on the remaining 203 undeliverable Postcard Notices, and if an updated address is obtained, Kroll will re-mail the Postcard Notice to the updated address and provide an Undeliverable Notice List to Class Counsel, BCLP's Counsel, Chicago IVF's Counsel and Mondelēz's Counsel.

12.  Based on the foregoing, following all Postcard Notice re-mailings, Kroll has reason to believe that Postcard Notices likely reached 47,505 of the 48,279 to whom the Postcard Notice was mailed, which equates to a reach rate of the direct mail notice of approximately 98.40%. This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center

Guidelines, which state that a notice plan that reaches[3] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[4] The table below provides an overview of dissemination results for the direct Notice program.

| Direct Notice Program Dissemination & Reach | | |
|---|---|---|
| **Description** | **Volume of Class Members** | **Percentage of Class Members** |
| Settlement Class Members | 48,279 | 100.00% |
| **Initial Postcard Notice Mailing** | | |
| (+) Postcard Notices Mailed (Initial Campaign) | 48,279 | 100.00% |
| (-) Total Postcard Notices returned as undeliverable | (5,451) | 11.29% |
| **Supplemental Postcard Notice Mailing** | | |
| (+) Total Unique Postcard Notices Re-mailed | 4,677 | 9.69% |
| **Direct Notice Program Reach** | | |
| (=) Likely Received Direct Notice | 47,505 | 98.40% |

## CLAIM ACTIVITY

13.     The Claims Deadline is February 10, 2025.

14.     As of January 7, 2025, Kroll has received 1,531 Claim Forms through the mail and 1,660 Claim Forms filed electronically through the Settlement Website. This equals a claim rate of approximately 6.61%. Kroll is still in the process of reviewing and validating Claim Forms.

15.     To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settlement Class Members were provided a unique "Class Member ID" on their respective notices as part of the Claims process. The Class Member ID is required for Settlement Class Members to file a Claim Form online.

---

[3] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[4] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation: A Pocket Guide for Judges, at 27 (3d Ed. 2010).

## **<u>EXCLUSIONS AND OBJECTIONS</u>**

16.     The Objection Deadline and Opt-Out Deadline is January 13, 2025.

17.     To date, Kroll has received no Requests for Exclusion nor objections to the settlement.

## **<u>CERTIFICATION</u>**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on January 7, 2025, in Inver Grove Heights, Minnesota.


Scott M. Fenwick

# Exhibit A



<u>VIA U.S. MAIL</u>

Date:   October 15, 2024

To:     All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
        (*see attached service list*)

        Re:     <u>CAFA Notice for the proposed Settlement in *In re: Mondelēz Data Breach Litigation*, Master File No. 1:23-cv-03999, pending in the United States District Court for the Northern District of Illinois</u>

        Pursuant to Section 3 of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715, Defendants Bryan Cave Leighton Paisner LLP ("BCLP") and Mondelēz Global LLC ("Mondelēz") (collectively, BCLP and Mondelēz are referred to as "Defendants") hereby notify you of the proposed Settlement of the above-captioned action (the "Action"), currently pending in the United States District Court for the Northern District of Illinois (the "Court").

        On or about February 27, 2023, BCLP became aware of potential unauthorized access to certain systems and data within its information technology network (the "Data Security Incident"). BCLP's robust incident response and investigation revealed a threat actor had accessed certain files related to BCLP's clients, including Mondelēz. The Action arose from the Data Security Incident, and the parties to the Action have reached a proposed Settlement Agreement (Action, Docket No. 54, Exhibit 1). Any terms not defined by this notice have the meaning used in the Settlement Agreement.

        Defendants deny any wrongdoing, deny Plaintiffs' allegations of wrongful conduct and damages, asserted numerous defenses, and disclaim any liability whatsoever. Nevertheless, Defendants agreed to settle the Action solely to avoid the cost, delay, and uncertainty of further litigation.

        Eight items must be provided to you in connection with any proposed class action settlement pursuant to 28 U.S.C. § 1715(b). Each of these items is addressed below, and all exhibits are available for download at www.CAFANotice.com under the folder entitled *In re: Mondelēz Data Breach Litigation*:

        1.      <u>28 U.S.C. § 1715(b)(l) – a copy of the complaint and any materials filed with the complaint and any amended complaints</u>.

                Four class action lawsuits were filed against Mondelēz in the United States District Court for the Northern District of Illinois—(1) *Michael Shields v. Mondelez Global LLC*, Case No. 1:23-cv-03999; (2) *Daniel Berndt v. Mondelez*

*Global LLC*, Case No. 1:23-cv-04001; (3) *Augustyn Wiacek v. Mondelez Global LLC, Mondelez International Holdings LLC, Mondelez International, Inc.*, Case No. 1:23-cv-04023; and (4) *Diedra Clay v. Mondelez Global LLC*, Case No. 1:23-cv-04402. Hon. Judge Jorge L. Alonso consolidated these actions in the Northern District of Illinois on August 15, 2023. *See In Re: Mondelez Data Breach Litigation*, Master File No. 1:23-CV-03999 (N.D. Ill), Dkt. No. 21 (the "*Shields*" action). Plaintiffs in the *Shields* action filed a consolidated complaint on September 14, 2023. Each of the complaints, exhibits filed with the complaints, and the consolidated complaint are available as **Exhibit A**[1].

Two class action lawsuits were also filed in the United States District Court for the Northern District of Illinois against BCLP: (1) *Flores v. Bryan Cave Leighton Paisner LLP*, Case No. 1:23-CV-04249; and (2) *Meyer v. Bryan Cave Leighton Paisner LLP*, Case No. 1:23-CV-04954. Judge Alonso consolidated those actions in the Northern District of Illinois on October 11, 2023. *See In Re: Bryan Cave Leighton Paisner, LLP Data Breach Litigation*, Master File No. 1:23-CV-04249 (N.D. Ill), Dkt. No. 31 (the "*Flores*" action). Each of the complaints, exhibits filed with the complaints, and the consolidated complaint are available as **Exhibit B**.

2.   <u>28 U.S.C. § 1715(b)(2) – notice of any scheduled judicial hearing in the class action</u>.

On October 4, 2024, Plaintiffs in the Action filed a motion for preliminary approval of the class action settlement. While the Court has tentatively set the final approval hearing in this matter for January 21, 2025 at 11:00am Central Time, the Court has not yet entered the preliminary approval order submitted by the parties and therefore the above date is subject to change. The proposed Preliminary Approval Order is available as **Exhibit C**.

3.   <u>28 U.S.C. § 1715(b)(3) – any proposed or final notification to class members</u>.

Copies of the proposed long form Notice, legal Notice postcard, and Claim Form, will be provided to Settlement Class Members and will be available on the Settlement Website created for the administration of this matter. These are available as **Exhibits D**, **E**, and **F**, respectively. The Notices describe, among other things, the claim form submission process and the Settlement Class Members' rights to object or exclude themselves from the Settlement Class.

4.   <u>28 U.S.C. § 1715(b)(4) – any proposed or final class action settlement</u>.

The Settlement Agreement is available as **Exhibit G**.

5.   <u>28 U.S.C. § 1715(b)(5) – any settlement or other agreement contemporaneously made between class counsel and counsel for defendants</u>.

---

[1] Exhibits A and B mentioned hereto are available online at www.CAFANotice.com.

There are no other settlements or other agreements between Class Counsel and Counsel for Defendants beyond what is set forth in the Settlement Agreement.

6.   <u>28 U.S.C. § 1715(b)(6) – any final judgment or notice of dismissal.</u>

The Court has not yet entered a final judgment or notice of dismissal. A copy of the proposed Final Approval Order is available as **Exhibit H**.

7.   <u>28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.</u>

The definition of the Settlement Class in the proposed Settlement Agreement means the persons who are identified on the Settlement Class List, including all individuals who were sent notification by BCLP, Mondelēz, and Advanced Reproductive Health Center Ltd. (d/b/a Chicago IVF) that their PII/PHI was or may have been compromised in the Data Security Incident. Excluded from the Settlement Class are: (i) the judges presiding over this Action and members of their direct families; and (ii) Settlement Class Members who submit a valid Request for Exclusion prior to the Opt-Out Deadline.

The complete list and counts by state of Settlement Class Members is available as **Exhibit I**.

8.   <u>28 U.S.C. § 1715(b)(8) – any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).</u>

There has been no written judicial opinion. Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the materials available for download at www.CAFANotice.com under the folder entitled *In re: Mondelēz Data Breach Litigation*, please contact the undersigned below.

Respectfully submitted,

Drew Perry
Senior Manager
Drew.Perry@kroll.com

# Exhibit B

## CAFA NOTICE SERVICE LIST

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building, Utulei
3rd FL, PO Box 7
Utulei, AS 96799

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
Ashley Moody
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Andrea Campbell
1 Ashburton Place, 20th Floor
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St, Suite 1400
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701
* NVAGCAFAnotices@ag.nv.gov

**New Hampshire Attorney General**
John Formella
33 Capitol Street
Concord, NH 03301


* Preferred

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508 Santa Fe,
NM 87504-1508

**New York Attorney General**
Letitia A. James
Department of Law
The Capitol, 2nd Floor
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
Dept. of Justice, P.O.Box 629
Raleigh, NC 27602-0629

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Northern Mariana Islands Attorney General**
Edward E. Manibusan
Administration Building
P.O. Box 10007
Saipan, MP 96950

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Michelle A. Henry
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
425 5th Avenue North
PO Box 20207
Nashville, TN 37202

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State
Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
109 State Capitol
Cheyenne, WY 82002

Exhibit C

Settlement Administrator
P.O. Box 225391
New York, NY 10150-5391

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

**Legal Notice**
*In re: Mondelēz Data Breach Litigation*,
Master File No. 1:23-cv-03999

**If your data was accessed in the 2023
Data Security Incident involving Bryan Cave
Leighton Paisner LLP, Mondelēz Global LLC,
and Chicago IVF, you may be eligible for a
CASH PAYMENT or other benefits
under a class action settlement.**

*A Federal Court has authorized this Notice.
This is **not** a solicitation from a lawyer.*

For more information on the proposed settlement,
including how to submit a claim, exclude yourself,
or submit an objection, please visit
**www.BCMDLZSettlement.com**
or call **(833) 627-8245**.

<<Refnum Barcode>>

CLASS MEMBER ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

[FIRST NAME] [LAST NAME]
[COMPANY]
[ADDRESS 1]
[ADDRESS 2]
[CITY] [STATE] [ZIP][ZIP4]

A settlement has been reached in a class action lawsuit concerning a Data Security Incident perpetrated against Defendant Bryan Cave Leighton Paisner LLP ("BCLP"). On or about November 2, 2022, BCLP became aware of potential unauthorized system and data activity on its technology network (the "Data Security Incident"). BCLP investigated and determined that a threat actor had accessed certain files related to BCLP's clients, including Defendant Mondelēz Global LLC ("Mondelēz," and collectively with BCLP, "Defendants") and Chicago IVF, that contained personally identifiable information and protected health information ("PII/PHI"). The Settlement would resolve a lawsuit in which Plaintiffs allege that the Data Security Incident exposed individuals' PII/PHI. Defendants deny all claims of wrongdoing or liability that Plaintiffs, Settlement Class Members, or anyone else have asserted in this Litigation or may assert in the future based on the conduct alleged in the complaints.

**Who is included in the Settlement?** The Settlement Class is defined by the Court as "the persons who are identified on the Settlement Class List, including all individuals who were sent notification by BCLP, Mondelēz, and Chicago IVF that their PII/PHI was or may have been compromised in the Data Security Incident."

**What are the settlement benefits?** Settlement Class Members who submit valid claims and any required documentation may receive one or more of the following, to be paid from the $750,000 Settlement Fund: (i) up to three (3) years of Credit Monitoring and Identity Theft Protective Services, (ii) Compensation for Unreimbursed Documented Out-of-Pocket Losses up to $7,000, (iii) Compensation for Lost Time up to five (5) hours at $25.00 per hour, and (iv) a pro rata cash payment as an alternative to claiming reimbursement for Out-of-Pocket Losses and/or compensation for lost time. Visit the settlement website or call the toll-free number below for complete benefit details.

**How do I receive a payment or other benefit?** To receive any payments or benefits under the Settlement, you **MUST** submit a claim. To submit a claim, you may either: (i) fill out, detach, and mail the attached Postcard Claim Form to the Settlement Administrator; or (ii) submit a Claim Form by mail or online at **www.BCMDLZSettlement.com**. You may also call **(833) 627-8245** to request that a Claim Form be mailed to you. **Claims must be submitted online or postmarked by February 10, 2025.**

**What are my other options?**
If you **Do Nothing**, you will be legally bound by the terms of the Settlement, and you will release your claims against Defendants and other Released Parties as defined in the Settlement Agreement. If you do not want to be legally bound by the Settlement, you must **Exclude Yourself** by **January 13, 2025**, or you will not be able to sue the Defendants or any other Released Parties for released claims relating to the Data Security Incident. If you exclude yourself, you cannot get money or benefits from this Settlement. If you want to **Object** to the Settlement, you may file an objection by **January 13, 2025**. The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

**Do I have a Lawyer in this Case?**
Yes, the Court appointed Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC, A. Brooke Murphy of the Murphy Law Firm, Raina C. Borrelli of Strauss Borelli, PLLC, and William B. Federman of Federman & Sherwood as counsel for the Class. If you want to be represented by your own lawyer, you may hire one at your own expense.

**When will the Court decide whether to approve the Settlement?** The Court will hold a hearing in this case on January 21, 2025 at 11:00 a.m., at the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 to consider whether to approve the Settlement. The Court will also consider Class Counsel's request for attorneys' fees of up to one-third of the Settlement Fund (or $250,000) and reimbursement of litigation expenses for litigating the case up to $35,000 and negotiating the Settlement on behalf of the Class, and service awards of up to $2,500 for each of the Plaintiffs. You may attend the hearing, but you do not have to.

For more information, call toll-free **(833) 627-8245** or visit **www.BCMDLZSettlement.com** and read the detailed Notice.

Postage
Required

*Settlement Administrator - 83109*
P.O. Box 225391
New York, NY 10150-5391

<<Barcode>>
Class Member ID: <<Refnum>>

In re Mondelēz Data Breach Litigation,
Master File No. 1:23-cv-03999

**VISIT THE SETTLEMENT WEBSITE BY
SCANNING THE PROVIDED QR CODE**

## POSTCARD CLAIM FORM

To submit a claim, please complete the below form, sign, and mail this portion of the postcard to the Settlement Administrator by **no later than February 10, 2025**. Please complete the claim form for each category of benefits that you would like to claim. You may either claim Reimbursement for Lost Time or an Alternative Cash Payment.
*Note*: Claims for unreimbursed Out-of-Pocket Losses require supporting documentation and therefore must be submitted online at **www.BCMDLZSettlement.com** or mailed to the Settlement Administrator with a separate Claim Form.

Class Member ID: <<refnum>>
<<firstname>> <<lastname>>
<<Company>>
<<address1>> <<address2>>
<<City>>, <<State>> <<Zip>>

If different than the preprinted data on the left, please print your correct information:

_____  __  _____
First Name                      MI   Last Name

_____
Address

_____  _____  _____
City                                            State        ZipCode

**Telephone Number: (** __ __ __ **)** __ __ __ **-** __ __ __ __

**Email Address:** _____ **@** _____

### Identity Theft Protection and Credit Monitoring

[ ] I would like to claim three (3) years of credit monitoring and identity theft protection provided by Kroll at no cost to me.

### Reimbursement for Lost Time

[ ] I would like to receive reimbursement for up to 5 hours of time responding to the Data Security Incident at a rate of $25 per hour. (rounded up to the next hour)

I spent a total of: [ ] 1 Hour ($25.00)   [ ] 2 Hours ($50.00)   [ ] 3 Hours ($75.00)   [ ] 4 Hours ($100.00)   [ ] 5 Hours ($125.00)

[ ] I attest and affirm to the best of my knowledge and belief that any claimed lost time was spent related to the data breach.

### Alternative *Pro Rata* Cash Payment

[ ] I would like to receive an Alternative cash payment *instead of* seeking reimbursement for Out-of-Pocket Losses or Lost Time.

### SIGN AND DATE YOUR CLAIM FORM

I declare under penalty of perjury that the information supplied in this Claim Form is true and correct. I authorize the Settlement Administrator to contact me, using the contact information set forth above, to obtain any necessary supplemental information.

**DEADLINE TO RETURN
FEBRUARY 10, 2025**

Signature:_____ Print Name:_____ Date (mm/dd/yy): ___ ___/___ ___/___ ___

# Exhibit D

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
*In re: Mondelēz Data Breach Litigation*, Master File No. 1:23-cv-03999

**If your data was accessed in the 2023 Data Security Incident in which certain files related to Bryan Cave Leighton Paisner LLP's clients Mondelēz Global LLC and Chicago IVF were accessed, you may be eligible for a CASH PAYMENT or other benefits under a class action settlement.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*
*You are not being sued.*

A proposed settlement has been reached in a class action lawsuit concerning a Data Security Incident perpetrated against Defendant Bryan Cave Leighton Paisner LLP ("BCLP"). On or about February 27, 2023, Bryan Cave Leighton Paisner became aware of potential unauthorized access to certain systems and data within its information technology network (the "Data Security Incident"). Bryan Cave Leighton Paisner investigated and determined that a threat actor had accessed certain files related to Bryan Cave Leighton Paisner's clients, including Defendant Mondelēz Global LLC ("Mondelēz"; and collectively with Bryan Cave Leighton Paisner, "Defendants") and Chicago IVF, that contained personally identifiable information and protected health information ("PII/PHI"). The Settlement would resolve a lawsuit in which Plaintiffs allege that the Data Security Incident exposed individuals' personally identifying information/personal health information, including some combination of names; marital statuses, Social Security numbers, addresses, dates of birth, genders, employee identification numbers, retirement and/or thrift plan information, and personal health information.

Defendants deny all claims of wrongdoing or liability that Plaintiffs, Settlement Class Members, or anyone else have asserted in this Litigation or may assert in the future based on the conduct alleged in the complaints. Mondelēz and BCLP maintain that they did nothing wrong. The Court has not decided who is right. The Defendants, however, are entering into this settlement to avoid burdensome and costly litigation. The settlement is not an admission of wrongdoing by the Defendants.

The Settlement offers payments and credit monitoring services to Settlement Class Member. Settlement Class Members can claim the following Settlement Benefits:

(1)  Credit Monitoring and Identity Theft Protection Services: All Settlement Class Members are eligible to enroll in up to three (3) years of Credit Monitoring and Identity Theft Protection Services.

(2)  In addition to Credit Monitoring and Identity Theft Protection Services, Settlement Class Members may select one of the two following benefits:

    (a)  Reimbursement for Out-of-Pocket Losses and Lost Time: All Settlement Class Members may claim compensation for documented Out-of-Pocket Losses up to a total of $7,000

per Settlement Class Member, as well as Lost Time up to five (5) hours reimbursed at a rate of $25 per hour or:

(b) <u>Alternative Cash Payment:</u> Participating Settlement Class Members can elect to make a Claim for a *pro rata* share of the Residual Settlement Fund.

If you are a Settlement Class Member, your options are:

| | |
|---|---|
| **SUBMIT A CLAIM FORM DEADLINE: FEBRUARY 10, 2025** | The only way to receive cash and/or other benefits from this Settlement is by submitting a valid and timely Claim Form. <br><br> You can submit your Claim Form online at www.BCMDLZSettlement.com or download the Claim Form from the Settlement Website and mail it to the Settlement Administrator. You may also mail the Settlement Administrator a paper copy of the Claim Form. |
| **DO NOTHING** | You will receive no payment and will no longer be able to sue Defendants or Chicago IVF over the claims resolved in the Settlement. If you do nothing in response to this notice, you will be bound by the terms of the Settlement, which is available for review in the Documents section on the Settlement Website. |
| **EXCLUDE YOURSELF DEADLINE: JANUARY 13, 2025** | You may exclude yourself from this Settlement and keep your right to sue separately. If you exclude yourself, you will receive no Settlement Benefits. Exclusion instructions are provided in the FAQ section of this website. If you do not exclude yourself from this settlement, you will be bound by the terms of the Settlement, which is available for review in the Documents section of the Settlement Website. |
| **OBJECT DEADLINE: JANUARY 13, 2025** | If you do not exclude yourself, you may write to the Court to comment on or detail why you do not like the Settlement by following the instructions in this notice. The Court may reject your objection. You must still submit a Claim Form if you desire any monetary relief under the Settlement. |
| **ATTEND A HEARING: JANUARY 21, 2025 AT 11:00 AM CT** | Ask to speak in Court about the Settlement. You may ask the Court for permission to speak about your objection at the Final Approval Hearing. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court must give final approval to the Settlement before it takes effect, but it has not yet done so. No payments will be made until after the Court gives final approval and any appeals are resolved.

**Please review this Notice carefully.** You can learn more about the Settlement by visiting **www. BCMDLZSettlement.com** or by calling (833) 627-8245.

## Further Information about this Notice and the Action

| 1. | Why was this Notice issued? |
|---|---|

Settlement Class Members are eligible to receive payment and/or credit monitoring and identity theft protection services from a proposed Settlement in the Action. The Court overseeing the Action authorized this Notice to advise Settlement Class Members about the proposed Settlement that will affect their legal rights. This Notice explains certain legal rights and options Settlement Class Members have in connection with the Settlement.

| 2. | What is the Action about? |
|---|---|

The Action is a proposed class action lawsuit brought on behalf of the Settlement Class. The Settlement Class is defined by the Court as "the persons who are identified on the Settlement Class List, including all individuals who were sent notification by Bryan Cave Leighton Paisner, Mondelēz, and Chicago IVF that their personally identifying information/personal health information was or may have been compromised in the Data Security Incident." Excluded from the Settlement Class are: (i) the judges presiding over this Action and members of their direct families; and (ii) Settlement Class Members who submit a valid Request for Exclusion prior to the Opt-Out Deadline."

The personally identifying information/personal health information alleged to have been exposed in the Data Security Incident includes some combination of names, marital statuses, Social Security numbers, addresses, dates of birth, genders, employee identification numbers, retirement and/or thrift plan information, and personal health information.

The Action claims Defendants are legally responsible for the Data Security Incident and asserts various legal claims including negligence and breach of implied contract.

The Defendants deny that they did anything wrong. Instead, they have vigorously defended themselves. The Defendants, however, are entering into this settlement to avoid burdensome and costly litigation. The settlement is *not* an admission of wrongdoing by the Defendants.

| 3. | Why is the Action a class action? |
|---|---|

In a class action, one or more plaintiffs bring a lawsuit on behalf of others who have similar claims. Together, all these people are the "Class," and each individual is a "Settlement Class Member." There are seven Plaintiffs in this case: Michael Shields, Daniel Berndt, Julio Perez, Augustyn Wiacek, Deidra Clay, Eric Flores, and Rock Meyer. The Class in this case is referred to in this notice as the "Settlement Class."

The Honorable Jorge L. Alonso, United States District Court Judge of the Northern District of Illinois, is overseeing this case.

| 4. | Why is there a Settlement? |
|---|---|

Plaintiffs and Class Counsel have conducted an investigation into the facts and the law regarding the Action. The Plaintiffs and Class Counsel believe that the Settlement is fair, reasonable, and adequate, and beneficial to and in the best interests of Plaintiffs and the Settlement Class. The Court has not decided whether Plaintiffs' claims or Defendants' defenses have any merit, and it will not do so if the proposed Settlement is approved. Considering the risks and uncertainties of continued litigation and all factors bearing on the merits of settlement, the Parties are satisfied that the terms and conditions of this Settlement Agreement are fair, reasonable, adequate, and in their respective best interests. The Settlement does not mean that Defendants did anything wrong, or that the Plaintiffs and the Settlement Class would or would not win the case if it were to go to trial.

**<u>Terms of the Proposed Settlement</u>**

| 5. | Who is in the Settlement Class? |
|---|---|

The Settlement Class is defined by the Court as "the persons who are identified on the Settlement Class List, including all individuals who were sent notification by Bryan Cave Leighton Paisner, Mondelēz, and Chicago IVF that their personally identifying information/personal health information was or may have been compromised in the Data Security Incident."

Excluded from the Settlement Class are the judges presiding over this Action and members of their direct families, and Settlement Class Members who submit a valid Request for Exclusion prior to the Opt-Out Deadline.

| 6. | What are the terms of the Settlement? |
|---|---|

The proposed Settlement would create a non-reversionary common fund amount of $750,000 that would be used to pay all costs of the Settlement, including: (i) payments to Settlement Class Members who submit valid claims, (ii) costs of administration and notice, (iii) any attorneys' fees and expenses awarded by the Court to Class Counsel (not to exceed one third of the total Settlement Fund, or $250,000 in attorneys' fees, and reasonable litigation expenses not to exceed $35,000), (iv) any Service Awards to the Plaintiffs awarded by the Court (not exceed $2,500 for each Class Representative), and (v) any taxes and tax-related expenses. The Settlement also releases all claims or potential claims of Settlement Class Members against Defendants or Chicago IVF arising from or related to the Data Security Incident, as detailed in the Settlement Agreement and Release.

| 7. | What claims are Settlement Class Members giving up under the Settlement? |
|---|---|

Any Settlement Class Member who does not file a timely Request for Exclusion in accordance with the Settlement Agreement and Release will lose the opportunity to exclude himself or herself from the Settlement and will be bound by the Settlement. The claims that Settlement Class Members are releasing are described in the Settlement Agreement and Release.

<u>**Settlement Benefits Available to Settlement Class Members**</u>

| | |
|---|---|
| **8.** | **What benefits can Settlement Class Members receive?** |

Settlement Class Members who submit Approved Claims and any required documentation may receive one or more of the following, to be paid from the $750,000 Settlement Fund: (i) up to three (3) years of Credit Monitoring and Identity Theft Protection services, (ii) compensation for unreimbursed documented Out-of-Pocket Losses up to $7,000, (iii) compensation for attested Lost Time up to five (5) hours at $25 per hour, and (iv) an Alternative Cash Payment as an alternative to claiming compensation for Out-of-Pocket Losses and/or Lost Time.

The amount of the Alternative Cash Payments will be determined depending on how many valid claims are submitted, with the remainder of the Settlement Fund, following payment of (i) Notice and Administrative Expenses, (ii) Taxes and Tax-Related Expenses, (iii) Approved Claim(s) for Out-of-Pocket Losses; (iv) Approved Claim(s) for Lost Time; (v) Approved Claims for Credit Monitoring and Identity Theft Protection Services; (vi) Service Awards Payments approved by the Court, and (vii) Attorneys' Fee Award and Costs approved by the Court, being divided proportionally among Settlement Class Members submitting valid claims for those awards, as explained further below in Question 11.

| | |
|---|---|
| **9.** | **What are Unreimbursed Documented Out-of-Pocket Losses and Lost Time?** |

The Settlement Administrator, from the Settlement Fund, will provide compensation, up to a total of $7,000 per person who is a Participating Settlement Class Member, upon submission of a claim and supporting documentation, for documented out-of-pocket costs or expenditures that a Settlement Class Member actually incurred that are fairly traceable to the Data Security Incident, and that have not already been reimbursed by a third party. Documented Out-of-Pocket Losses may include, without limitation, the following: costs associated with credit monitoring or identity theft insurance purchased directly by the claimant; costs associated with requesting a credit report; costs associated with a credit freeze; costs associated with cancelling a payment card and/or obtaining a replacement payment card; costs associated with closing a bank account and/or opening a new bank account; postage, long-distance phone charges, express mail and other incidental expenses; unrefunded overdraft and/or overdraft protection fees; unrefunded late and/or missed payment fees and/or charges; unrefunded fraudulent charges occurring on or after February 23, 2023; and damages and costs associated with any stolen benefits or tax returns.

Participating Settlement Class Members with Documented Out-of-Pocket Losses must submit documentation supporting their claims. This can include receipts or other documentation not "self-prepared" by the claimant that document the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation.

All Settlement Class Members may submit a claim for reimbursement of attested Lost Time up to five (5) hours at twenty-five dollars ($25) per hour. Settlement Class Members can receive reimbursement of Lost Time with an attestation that the time spent was reasonably related to mitigating the effects of the Data Security Incident. Claims for Lost Time are capped at

One-Hundred-Twenty-Five Dollars and Zero Cents ($125) per individual. Lost Time means time spent remedying issues related to the Data Security Incident.

| 10. | What is the Alternative Cash Payment? |
|---|---|

Every Settlement Class Member is eligible to claim an Alternative Cash Payment, which is a *pro rata* share of the Residual Settlement Fund, *i.e.*, the amounts remaining in the Settlement Fund after funds are paid from or allocated for payment from the Settlement Fund for the following: (i) Notice and Administrative Expenses, (ii) Taxes and Tax-Related Expenses, (iii) Approved Claim(s) for Out-of-Pocket Losses; (iv) Approved Claim(s) for Lost Time; (v) Approved Claims for Credit Monitoring and Identity Theft Protection Services; (vi) Service Awards Payments approved by the Court, and (vii) Attorneys' Fee Award and Costs approved by the Court.

To receive this benefit, participating Settlement Class Members must submit a valid Claim Form, but no documentation is required to make a Claim. This benefit is only available for those Settlement Class Members who do <u>not</u> elect to make a Claim for reimbursement of Documented Out-of-Pocket Losses or Lost Time.

The amount of the Alternative Cash Payments will be determined on a *pro rata* basis, depending upon the number of valid claims filed and the amount of funds available for these payments.

Eligibility for any award and the validity of your claim, including the Alternative Cash Payment, will be determined by the Settlement Administrator as outlined in Question 15.

| 11. | When and how will the amount of Settlement payments be adjusted? |
|---|---|

The amounts paid for all Alternative Cash Payments will be determined depending on how many Settlement Class Members submit valid claims. The amount of this benefit shall be determined *pro rata* based on the amount remaining in the Settlement Fund following payment of (i) Notice and Administrative Expenses, (ii) Taxes and Tax-Related Expenses, (iii) Approved Claim(s) for Out-of-Pocket Losses; (iv) Approved Claim(s) for Lost Time; (v) Approved Claims for Credit Monitoring and Identity Theft Protection Services; (vi) Service Awards Payments approved by the Court, and (vii) Attorneys' Fee Award and Costs approved by the Court.

Settlement Class Members may receive both Credit Monitoring and Identity Theft Protection Services and an Alternative Cash Payment.

| 12. | What happens after all claims are processed and there are funds remaining? |
|---|---|

Because the Alternative Cash Payments will be calculated as a *pro rata* share of the Residual Settlement Fund, it is anticipated that all Residual Settlement Funds will be initially distributed to the Settlement Class Members. If there are any uncashed checks or unredeemed electronic payments ninety (90) days after issuance, the Settlement Administrator shall undertake the following actions: (1) attempt to contact the Settlement Class Member by e-mail and/or

telephone to discuss how to obtain a reissued check; (2) if those efforts are unsuccessful, make reasonable efforts to locate an updated address for the Settlement Class Member using advanced address searches or other reasonable methods; and (3) reissuing a check or mailing the Settlement Class Member a postcard (either to an updated address if located or the original address if not) providing information regarding how to obtain a reissued check. Any reissued Settlement Checks issued to Settlement Class Members shall remain valid and negotiable for sixty (60) days from the date of their issuance and shall thereafter automatically be canceled by the Settlement Administrator if not cashed by the Settlement Class Members within that time.

### 13.    What is the Credit Monitoring and Identity Protection Services?

All Settlement Class Members can submit a claim for identity theft protection and credit monitoring services. This service includes up to three (3) years of credit monitoring and identity protection services provided by Kroll with three-bureau monitoring and at least $1,000,000 of fraud/identity theft insurance.

Class Members may combine a claim for Credit Monitoring and Identity Protection Services with either a claim for Alternative Cash Payment or with claims for reimbursement of Documented Out-of-Pocket Losses and/or compensation for Lost Time.

### Your Options as a Settlement Class Member

### 14.    If I am a Settlement Class Member, what options do I have?

If you are a Settlement Class Member, you do not have to do anything to remain in the Settlement. In order to receive payment from the Settlement, you must submit a valid Claim Form.

If you do not want to give up your right to sue Defendants or Chicago IVF about the Data Security Incident or the issues raised in this case, you must exclude yourself (or "opt out") from the Settlement Class. See Question 17 below for instructions on how to exclude yourself.

If you wish to object to the Settlement, you must remain a Settlement Class Member (*i.e.*, you may not also exclude yourself from the Settlement Class by opting out) and submit a written objection. See Question 20 below for instructions on how to submit an objection.

### 15.    What happens if I do nothing?

If you do nothing, you will get no award from this Settlement. Unless you exclude yourself, after the Settlement is granted final approval and the judgment becomes final, you will be bound by the judgment and you will never be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or Chicago IVF related to the claims released by the Settlement.

### 16.    Who decides my Settlement claim and how do they do it?

The Settlement Administrator will decide whether a Claim Form is complete and valid and includes all required documentation. The Settlement Administrator may require additional

information from any claimant. Failure to timely provide all required information will invalidate a claim and it will not be paid.

| 17. | How do I exclude myself from the Settlement? |
|---|---|

To opt out of the Settlement, you must submit a Request for Exclusion to the Settlement Administrator postmarked no later than sixty (60) days after the Notice Deadline. The Request for Exclusion must include the name of the proceeding, the individual's full name, individual's current address, individual's personal signature, and the words "Request for Exclusion" (or a comparable statement indicating that the individual does not wish to participate in the Settlement) at the top of the communication.

You must mail your request to this address:

Settlement Administrator - 83109
PO Box 225391
New York, NY 10150-5391

Your request must be submitted online or postmarked by **January 13, 2025.**

| 18. | If I exclude myself, can I receive any payment from this Settlement? |
|---|---|

No. If you exclude yourself, you will not be entitled to any award under the Settlement. However, you will also not be bound by any judgment in this Action.

| 19. | If I do not exclude myself, can I sue Defendants for the Data Security Incident later? |
|---|---|

No. Unless you exclude yourself, you give up any right to sue Defendants or Chicago IVF for the claims that this Settlement resolves. You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case. If you exclude yourself, do not submit a Claim Form requesting a payment.

| 20. | How do I object to the Settlement? |
|---|---|

All Settlement Class Members who do not opt-out from the Settlement Class have the right to object to the Settlement or any part of it. You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no Settlement Payments will be sent out and the Action will continue. If that is what you want to happen, you must object.

Any objection to the proposed Settlement must be in writing and your objection and any supporting papers must be mailed to this address:

Settlement Administrator - 83109

c/o Kroll Settlement Administration LLC
PO Box 225391
New York, NY 10150-5391

Your objection must be filed or postmarked no later than the objection deadline, **January 13, 2025**.

To be considered by the Court, your written objection must include: (i) the name of the proceeding; (ii) the Settlement Class Member's full name, current mailing address, and telephone number; (iii) a statement that states with specificity the grounds for the objection, as well as any documents supporting the objection; (iv) a statement as to whether the objection applies only to the objector, to a specific subset of the class, or to the entire class; (v) the identity of any attorneys representing the objector; (vi) a statement regarding whether the Settlement Class Member (or his/her/their attorney) intends to appear at the Final Approval Hearing; and (vii) the signature of the Settlement Class Member or the Settlement Class Member's attorney.

If you submit a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney.

## **Court Approval of the Settlement**

| **21.** | **How, when, and where will the Court decide whether to approve the Settlement?** |
|---|---|

The Court will hold a Final Approval Hearing to decide whether to approve the Settlement. That hearing is scheduled for **January 21, 2025 at 11:00 AM CT** at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604. At the Final Approval Hearing, the Court will consider whether the Settlement Agreement is fair, reasonable, and adequate, was entered into in good faith and without collusion, and approves and directs consummation of this Settlement Agreement. If there are timely objections, the Court will consider them and will listen to people who have properly requested to speak at the hearing. The Court may also consider Class Counsel's request for attorneys' fees and costs and expenses, and the request for a service award for the Plaintiffs. After the hearing, the Court will decide whether to approve the Settlement.

It is possible the Court could reschedule the hearing to a different date or time without notice, so it is a good idea before the hearing to check www. BCMDLZSettlement.com to confirm the schedule if you wish to attend.

| **22.** | **Do I have to attend the hearing?** |
|---|---|

No. You do not need to attend the hearing unless you object to the settlement and wish to appear in person. It is not necessary to appear in person in order to make an objection; the Court will consider any written objections properly submitted according to the instructions in Question 20.

You or your own lawyer are welcome to attend the hearing at your expense but are not required to do so.

| 23. | What happens if the Court approves the Settlement? |
| --- | --- |

If the Court approves the Settlement and no appeal is taken, the Settlement Fund will be fully funded. The Settlement Administrator will pay any Fee Award and Expenses and any Plaintiffs' Service Awards from the Settlement Fund. Then, the Settlement Administrator will send Settlement Payments and Financial Account Monitoring Services to Settlement Class Members who submitted timely and valid Claim Forms.

If any appeal is taken, it is possible the settlement could be disapproved on appeal.

| 24. | What happens if the Court does not approve the Settlement? |
| --- | --- |

If the Court does not approve the Settlement, there will be no Settlement Payments to Settlement Class Members, Class Counsel or the Plaintiffs, and the case will proceed as if no Settlement had been attempted.

### Lawyers for the Settlement Class and Defendants

| 25. | Who represents the Settlement Class? |
| --- | --- |

The Court has appointed the following Class Counsel to represent the Settlement Class in this Action:

| Class Counsel | |
| --- | --- |
| Gary M. Klinger<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606 | A. Brooke Murphy<br>**MURPHY LAW FIRM**<br>4116 Will Rogers Pkwy, Suite 700<br>Oklahoma City, OK 73108 |
| Raina C. Borrelli<br>**STRAUSS BORRELLI, PLLC**<br>980 N. Michigan Ave, Suite 1610<br>Chicago, IL 60611 | William B. Federman<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Avenue<br>Oklahoma City, OK 73120 |

Settlement Class Members will not be charged for the services of Class Counsel. Class Counsel will be paid out of the Settlement Fund, subject to Court approval. However, you may hire your own attorney at your own cost to advise you in this matter or represent you in making an objection or appearing at the Final Approval Hearing.

**26.  How will the lawyers for the Settlement Class be paid?**

Class Counsel will file a Fee and Expense Application for an award of attorneys' fees to be paid from the Settlement Fund not to exceed one-third (1/3) of the value of the Settlement, or $250,000, and also reimbursement of litigation expenses up to $35,000. Class Counsel will file a Fee Application that will include a request for Service Award payments for the Settlement Class Representatives in recognition for their contributions to this Action not to exceed $2,500 per Plaintiff.

**27.  Who represents Defendants in the Action?**

Defendants are represented by the following counsel:

| **Bryan Cave Leighton Paisner's Counsel** |
|---|
| Daniel R. Warren<br>Casie D. Collignon<br>Dante A. Marinucci<br>**Baker & Hostetler LLP**<br>127 Public Square, Suite 2000<br>Cleveland, OH 44114 |

| **Mondelēz Counsel** |
|---|
| Keara M. Gordon<br>**DLA Piper LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br><br>Yan Grinblat<br>**DLA Piper LLP (US)**<br>444 W. Lake Street, Suite 900<br>Chicago, Illinois 60606 |

**For Further Information**

**28.  What if I want further information, change my address or have questions?**

Go to www. BCMDLZSettlement.com, call (833) 627-8245, or write to Settlement Administrator - 83109, PO Box 225391 New York, NY 10150-5391

**Please do not contact the Court or Defendants' Counsel.**

Exhibit E

8 3 1 0 9 0 0 0 0 0 0 0

Settlement Administrator - 83109
PO Box 225391
New York, NY 10150-5391

www.BCMDLZSettlement.com

**Your Claim Form Must Be Submitted
Electronically or Postmarked by
February 10, 2025**

## CLAIM FORM

*In re Mondelēz Data Breach Litigation*, Master File No. 1:23-cv-03999
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**The CLAIMS DEADLINE to submit or mail this Claim Form is February 10, 2025.**

### GENERAL INSTRUCTIONS

This litigation arose out of a data security incident perpetrated against Defendant Bryan Cave Leighton Paisner LLP ("BCLP"), which involved access to information relating to, *inter alia*, Mondelēz Global LLC ("Mondelēz") (collectively referred to as "Defendants" and together with Plaintiffs, the "Parties"). On or about February 27, 2023, BCLP became aware of potential unauthorized access to certain systems and data within its information technology network (the "Data Security Incident"). BCLP determined that a threat actor had accessed certain files related to BCLP's clients, including Mondelēz and Chicago IVF, that contained personally identifiable information or protected health information ("PII/PHI"). Plaintiffs allege that the Data Security Incident exposed individuals' PII/PHI to cybercriminals and that Defendants are liable to them and Class Members as a result. Defendants deny all claims of wrongdoing or liability that Plaintiffs, Settlement Class Members, or anyone else have asserted in this Litigation or may assert in the future based on the conduct alleged in the complaints.

You are a Settlement Class Member if you are among the approximately 53,252 individuals who were mailed a letter from Defendants or Chicago IVF stating that their information may have been impacted by the Data Security Incident. All Settlement Class Members are eligible to claim: (i) reimbursement for Documented Out-of-Pocket Losses up to $7,000, (ii) reimbursement of attested Lost Time for up to five (5) hours at twenty-five dollars ($25) per hour, (iii) up to three (3) years of three-bureau Credit Monitoring and Identity Theft Protection Services provided by Kroll, and/or (iv) in lieu of receiving reimbursement for Documented Out-of-Pocket Losses and/or reimbursement for Lost Time, Settlement Class Member may elect to receive an Alternative Cash Payment, which will be a *pro rata* cash payment from the Residual Settlement Fund. The amount of the Alternative Cash Payment available to all Settlement Class Members shall be determined *pro rata* based on the amount remaining in the Settlement Fund following payment of the Notice and Administrative Expenses, Taxes and Tax-Related Expenses, Approved Claim(s) for Out-of-Pocket Losses, Approved Claim(s) for Lost Time, Approved Claims for Credit Monitoring and Identity Theft Protection Services, Service Awards Payments approved by the Court, and Attorneys' Fee Award and Costs approved by the Court.

**To receive Settlement benefits, you must complete and submit a Claim online or by mail if you are a Settlement Class Member.**

You must submit your Claim online by the Claims Deadline of **February 10, 2025**, or complete and mail this Claim Form, postmarked by **February 10, 2025**.

Completed Claim Forms can be mailed to the following address:

1





8 3 1 0 9 0 0 0 0 0 0 0 0

Settlement Administrator - 83109
PO Box 225391
New York, NY 10150-5391

or submit your Claim online at
www.BCMDLZSettlement.com

This Claim Form should be used only if a Claim is being mailed and is not being filed online.

**PLEASE BE ADVISED** that any documentation you provide in support of your documented Out-of-Pocket Losses claim must be submitted **WITH** this Claim Form. No documentation beyond your attestation is required for claiming reimbursements of Lost Time. No documentation is required for claiming an Alternative Cash Payment or the Credit Monitoring and Identity Theft Protection Services.

**CLAIM VERIFICATION:** All Claims are subject to verification. You will be notified if additional information is needed to verify your Claim.

**ASSISTANCE:** If you have questions about this Claim Form, please visit the Settlement Website at www.BCMDLZSettlement.com for additional information or call (833) 627-8245.

**PLEASE KEEP A COPY OF YOUR CLAIM FORM AND PROOF OF MAILING FOR YOUR RECORDS.**

**Failure to submit required documentation, or to complete all parts of the Claim Form, may result in denial of the Claim, delay its processing, or otherwise adversely affect the Claim.**

For further information, including a copy of the Settlement Agreement, visit the Settlement Website at www.BCMDLZSettlement.com.

## REGISTRATION

First Name:

MI:

Last Name:

Mailing Address:

City:

State:

ZIP Code:

Telephone Number:

Email Address:

**Please provide the Claim Number identified in the Notice that was emailed to you:**

*Instructions*. *Please follow the instructions below and answer the questions as instructed.*

## CLAIM INFORMATION

2

 

## Section A. Confirm Your Eligibility

**Did you receive a unique Claim Number indicating that you may be a Settlement Class Member**?

☐ Yes ☐ No

> *If yes, continue to the next question. If no, you are not a Settlement Class Member and do not qualify to file a Claim.*

## Section B. – Credit Monitoring and Identity Theft Protection Services.

Settlement Class Members may submit a Claim for identity theft protection and credit monitoring services consisting of up-to three (3) years of Credit Monitoring and Identity Theft Protection Services by Kroll with three-bureau monitoring and at least $1,000,000 of fraud/identity theft insurance.

☐ Yes, I would like to claim up to three (3) years of Credit Monitoring and Identity Theft Protection Services.

> **You do NOT need to submit documentation to make a claim for Credit Monitoring and Identity Theft Protection Services.**

## Section C – Compensation for Lost Time

If you suffered costs or expenditures or lost time in response to the Data Security Incident, you may be eligible to receive a payment to compensate you for losses.

**Compensation for Lost Time:** If you wish to receive compensation for Lost Time, indicate the total number of hours you spent remedying issues related to the Data Security Incident, check the box below, sign, and submit this Claim Form. You may claim up to 5 hours payable at a rate of $25/per hour.

> Total # Hours: __ (Insert number of hours)

☐ I attest, swear, and affirm that I spent the amount of time noted in response to the Data Security Incident.

## Section D – Compensation for Unreimbursed Documented Out-of-Pocket Losses

Additionally, if it is verified that you meet all the criteria described in the Settlement Agreement and you submit proof of the dollar amount of those losses, you will be eligible to receive a payment compensating you for your losses of up to seven thousand dollars (**$7,000**). Examples of what can be used to prove your losses include: receipts, account statements, *etc.* You may also prove losses by submitting information on the Claim Form that describes the expenses and how they were incurred.

Providing adequate proof of your losses does not guarantee that you will be entitled to receive the full amount claimed. All claims will also be subject to an aggregate maximum payment amount, as explained in the Settlement Agreement. If the amount of losses claimed exceeds the maximum amount of money available under the Settlement Agreement, then the payment for your Claim will be reduced on a *pro rata* basis. If you would like to learn more, please review the Settlement Agreement for further details.

**Did you suffer any financial expenses or other financial losses that you believe was as a result of the Data Security Incident? For example, did you sign up and pay for a credit monitoring service, hire and pay for a professional service to remedy identity theft, *etc.*, as a direct result of or attributed to the Data Security Incident?**

3



8 3 1 0 9 0 0 0 0 0 0 0 0 0

☐ Yes ☐ No

*If yes, you may be eligible to fill out the rest of this form and provide corroborating documentation.*

For each loss that you believe can be traced to the Data Security Incident, please provide below a description of the loss, the date of the loss, the dollar amount of the loss, and the type of documentation you will be submitting to support the loss. **You must provide this information for this Claim to be processed**. Supporting documentation must be submitted alongside this Claim Form.

**If you fail to provide sufficient supporting documents, the Settlement Administrator will deny your Claim.** Please provide only copies of your supporting documents and keep all originals for your personal files. The Settlement Administrator will have no obligation to return any supporting documentation to you. A copy of the Settlement Administrator's privacy policy is available at www.BCMDLZSettlement.com.
**Please do not directly communicate with Defendants regarding this matter. All inquiries are to be sent to the Settlement Administrator.**

Examples of unreimbursed documented Monetary Losses may include, without limitation, unreimbursed losses relating to fraud or identity theft; professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; costs associated with freezing or unfreezing credit with any credit reporting agency; credit monitoring costs that were incurred on or after the Data Security Incident through the date of claim submission; and miscellaneous expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges.

Examples of documentation include receipts for identity theft protection services, etc.

| Description of the Loss | Date of Loss | Amount | Type of Supporting Documentation Submitted |
|---|---|---|---|
| Example: Unauthorized credit card charge that was not refunded | 0 7 - 1 7 - 2 0<br>M M DD YY | $50.00 | Letter from Bank |
| Example: Fees paid to a professional to remedy a falsified tax return | 0 2 - 3 0 - 2 1<br>M M DD YY | $25.00 | Copy of the professional services bill |
| | ☐☐ - ☐☐ - ☐☐<br>MM DD YY | $ ☐☐☐☐ · ☐☐ | |
| | ☐☐ - ☐☐ - ☐☐<br>MM DD YY | $ ☐☐☐☐ · ☐☐ | |
| | ☐☐ - ☐☐ - ☐☐<br>MM DD YY | $ ☐☐☐☐ · ☐☐ | |
| | ☐☐ - ☐☐ - ☐☐<br>MM DD YY | $ ☐☐☐☐ · ☐☐ | |
| | ☐☐ - ☐☐ - ☐☐<br>MM DD YY | $ ☐☐☐☐ · ☐☐ | |
| | ☐☐ - ☐☐ - ☐☐<br>MM DD YY | $ ☐☐☐☐ · ☐☐ | |
| | ☐☐ - ☐☐ - ☐☐<br>MM DD YY | $ ☐☐☐☐ · ☐☐ | |

4



8 3 1 0 9 0 0 0 0 0 0 0 0

| | MM - DD - YY | $ ☐☐☐☐ · ☐☐ | |
|---|---|---|---|
| | MM - DD - YY | $ ☐☐☐☐ · ☐☐ | |
| | MM - DD - YY | $ ☐☐☐☐ · ☐☐ | |
| | MM - DD - YY | $ ☐☐☐☐ · ☐☐ | |

<u>By checking the below box, I hereby declare under penalty of perjury that the information provided in this Claim Form to support relief for unreimbursed Out-of-Pocket Losses is true and correct.</u>

☐ **Yes, I understand that I am submitting this Claim Form and the affirmations it makes as to my seeking relief for unreimbursed documented Out-of-Pocket Losses under penalty of perjury. I further understand that my failure to check this box may render my Claim for Out-of-Pocket Losses null and void.**

### *Section E – Alternative Cash Payment*

**Cash Payment**: Would you like to receive an Alternative *Pro Rata* Cash Payment under the Settlement?

☐ **Yes**

\*\* The value of each cash payment under this option will be determined on a *pro rata* basis based on the balance of the Settlement Fund after the payment of Notice and Administrative Expenses, Taxes and Tax-Related Expenses, Approved Claim(s) for Out-of-Pocket Losses, Approved Claim(s) for Lost Time, Approved Claims for Credit Monitoring and Identity Theft Protection Services, Service Awards Payments approved by the Court, and Attorneys' Fee Award and Costs approved by the Court.

> **You do NOT need to submit documentation to make a claim for an Alternative Cash Payment. If you choose an Alternative Cash Payment, you may <u>not</u> select reimbursement of Out-of-Pocket Losses or Lost Time.**

### *Section F – Settlement Class Member Affirmation*

I declare under penalty of perjury that the information supplied in this Claim Form is true and correct. I authorize the Settlement Administrator to contact me, using the contact information set forth above, to obtain any necessary supplemental information.

<u>By submitting this Claim Form, I certify that any documentation that I have submitted in support of my Claim consists of unaltered documents in my possession.</u>

☐ **Yes, I understand that my failure to check this box may render my Claim null and void.**

Please include your name in both the Signature and Printed Name fields below.

Signature: _____

Print Name: _____

Date: ___ ___/___ ___/___ ___ ___ ___



8 3 1 0 9 0 0 0 0 0 0 0

**IN ORDER TO BE VALID, THIS CLAIM FORM MUST BE MAILED BY OR
RECEIVED ONLINE AT www.BCMDLZSettlement.com
NO LATER THAN FEBRUARY 10, 2025.**

6

83109

CF