## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Michael Shields, et al.
                            Plaintiff,

v.                                                            Case No.: 1:23−cv−03999
                                                                      Honorable Jorge L. Alonso

Mondelez Global LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

      MINUTE entry before the Honorable Jorge L. Alonso: In Court hearing on settlement held. For the reasons stated on the record Plaintiffs' Unopposed Motion for final approval of class action settlement [66] is granted. Plaintiffs' Amended Motion for attorneys' fees, costs, expenses and service awards [63] is granted. Plaintiffs' Motion for attorneys' fees, costs, expenses and service awards [60] is denied as moot. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.